# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| TAM HOANG, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:19-cv-01971 |
| MICROSEMI CORPORATION and MICROCHIP TECHNOLOGY INCORPORATED, | § § § § § | |
| Defendants. | | |

## **(PROPOSED) ORDER**

Before the Court is Defendants Microsemi Corporation and Microchip Technology Incorporated's Motion for Summary Judgment. After considering Defendants' Motion, and good cause having been shown,

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment is GRANTED.

SIGNED on this the _____ day of _____ 2021, at Houston, Texas.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**